In the Matter of NATHAN PESKIN et al., Appellants, v. WILLIAM D. MEISSER et al., as Commissioners of Elections of Nassau County, Respondents.—

In our opinion, the petitions filed with the Board of Elections comply with the pertinent provisions

of the Election Law. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.